

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00808-CV

Daniel **CRISP**,
Appellant

v.

Ismael **CLAY**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI10107
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: February 13, 2019

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed an agreed motion to dismiss this appeal. We grant the motion. *See* TEX.

R. APP. P. 42.1(a)(1). We order all costs to be borne by the party that incurred them. *See id.* R.

42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM